| | |
|---|---|
| Bradley T. Cave (Wyo. State Bar #5-2792) | Jesse K. Fishman (Wyo. State Bar # 7-5485) |
| Laurene S. Rogers (Wyo. State Bar #7-5551) | Claire E. Hunter (*pro hac vice*) |
| HOLLAND & HART LLP | HKM Employment Attorneys LLP |
| 2515 Warren Avenue, Suite 450 | 730 17th Street, Suite 750 |
| Cheyenne, WY 82001 | Denver, CO  80202 |
| Telephone: 307.778.4200 | Telephone: 303-991-3075 |
| Fax:  307.778.8175 | jfishman@hkm.com |
| bcave@hollandhart.com | chunter@hkm.com |
| lsrogers@hollandhart.com | |
| | ATTORNEYS FOR PLAINTIFFS |
| ATTORNEYS FOR DEFENDANT | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| LINDA KNUTSON, | ) | |
|     Plaintiff. | ) ) ) | |
| vs. | ) ) | |
| MEMORIAL HOSPITAL OF LARAMIE COUNTY d/b/a CHEYENNE REGIONAL MEDICAL CENTER a/k/a THE BOARD OF TRUSTEES OF MEMORIAL HOSPITAL OF LARAMIE COUNTY d/b/a CHEYENNE REGIONAL MEDICAL CENTER, | ) ) ) ) ) ) ) ) | Civil Action No. 1:21-cv-00100-SWS |
|     Defendant. | ) | |

**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Defendant Memorial Hospital of Laramie County d/b/a Cheyenne Regional Medical Center a/k/a The Board of Trustees of Memorial Hospital of Laramie County d/b/a Cheyenne Regional Medical Center ("Defendant"), by and through undersigned counsel, and Plaintiff Linda Knutson ("Plaintiff"), by and through her undersigned counsel, hereby stipulate to the dismissal of all claims with prejudice, each party to bear its own costs and attorneys' fees.  A proposed order is submitted with this motion for the Court's convenience.

WHEREFORE, Memorial Hospital of Laramie County d/b/a Cheyenne Regional Medical Center a/k/a The Board of Trustees of Memorial Hospital of Laramie County d/b/a Cheyenne

Regional Medical Center, and Linda Knutson move the Court to dismiss all claims in this matter with prejudice.

DATED: March 22, 2022.

| | |
|---|---|
| */s/ Bradley T. Cave* | */s/ Jesse K. Fishman* |
| Bradley T. Cave, P.C. (Wyo. State Bar #5-2792) | Jesse K. Fishman (Wyo. State Bar # 7-5485) |
| Laurene S. Rogers (Wyo. State Bar #7-5551) | Claire E. Hunter (*pro hac vice*) |
| HOLLAND & HART LLP | HKM Employment Attorneys LLP |
| 2515 Warren Avenue, Suite 450 | 730 17th Street, Suite 750 |
| Cheyenne, WY 82001 | Denver, CO 80202 |
| Telephone: 307.778.4200 | Telephone: 303-991-3075 |
| Fax: 307.778.8175 | jfishman@hkm.com |
| bcave@hollandhart.com | chunter@hkm.com |
| lsrogers@hollandhart.com | |
| | ATTORNEY FOR PLAINTIFFS |
| ATTORNEYS FOR DEFENDANT | |

18463432_v1