**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2022 MAR 24 PM 3: 03

MARGARET BOTKINS, CLERK
CASPER

LINDA KNUTSON,       )
                     )
    Plaintiff.       )
                     )
vs.                  )
                     )
MEMORIAL HOSPITAL OF LARAMIE      )
COUNTY d/b/a CHEYENNE REGIONAL    )  Civil Action No. 1:21-cv-00100-SWS
MEDICAL CENTER a/k/a THE BOARD OF )
TRUSTEES OF MEMORIAL HOSPITAL     )
OF LARAMIE COUNTY d/b/a CHEYENNE  )
REGIONAL MEDICAL CENTER,          )
                                  )
    Defendant.                    )

**ORDER GRANTING STIPULATION FOR DISMISSAL
OF ALL CLAIMS WITH PREJUDICE**

THIS MATTER came before the Court on the parties' Stipulation for Dismissal of All

Claims with Prejudice, and the Court GRANTS the same, and

IT IS HEREBY ORDERED that all claims are dismissed with prejudice, each party to bear

its own costs and attorneys' fees.

DATED: March __24th__, 2022.

BY THE COURT:

_____
Scott W. Skavdahl
Chief United States District Judge